# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# CIVIL MINUTES - GENERAL

Phoenix Division

**CIV 17 / 01118 / DGC**  DATE: November 2, 2017
 Year  Case No  Initials

Title: Robert J. Baron   v.  Mark A Kirkorsky PC
          Plaintiffs            Defendants
================================================================================

HON: MICHELLE H. BURNS   Judge # 70BT

    Elida Carranza              Not Recorded
    Judicial Assistant          Recorded

**APPEARANCES:**

Floyd W Bybee appearing for Plaintiff
Mark Kirkorsky appearing for Defendant

================================================================================
**PROCEEDINGS:**    ___Open Court    ___Chambers    _X_ Other

The Court held a Telephonic Conference regarding the upcoming settlement conference scheduled for November 7, 2017.  The purpose of the court-initiated Telephonic Conference was to discuss a Notice of Futility of Settlement Conference filed by Plaintiff.  Defendant filed a Response, and Plaintiff filed a Reply.  After considering the arguments of the parties, the Court will vacate the November 7, 2017, settlement conference.  The parties are instructed to contact Chambers to reschedule, if the information sought is obtained, and the parties believe there is a reasonable likelihood of settlement.

IT IS ORDERED vacating the Settlement Conference.

Time: 10:00 AM - 10:20 AM (.20 hours)