Floyd W. Bybee, #012651
**BYBEE LAW CENTER, PLC**
90 S. Kyrene Rd., Ste. 5
Chandler, AZ 85226-4687
Office:  (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Robert J. Baron,<br><br>   Plaintiff,<br><br>v.<br><br>Mark A. Kirkorsky, P.C.,<br><br>   Defendant. | No. CV17-1118-PHX-DGC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff and Defendant hereby stipulate to the dismissal of this action with prejudice, each party to bear its own fees and costs.

DATED   April 2, 2018   .

| | |
|---|---|
|  s/ Floyd W. Bybee<br>Floyd W. Bybee, #012651<br>**BYBEE LAW CENTER, PLC**<br>90 S. Kyrene Rd., Ste. 5<br>Chandler, AZ 85226-4687<br><br>Attorney for Plaintiff |  s/ Mark A. Kirkorsky<br>Mark A. Kirkorsky<br>**MARK A. KIRKORSKY P.C.**<br>P.O. Box 25287<br>Tempe, AZ 85285-5287<br><br>Attorney for Defendant |