UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Robert J. Baron,<br><br>             Plaintiff,<br><br>vs.<br><br>Mark A. Kirkorsky, P.C.,<br><br>             Defendant | Case No.: CV17-1118-PHX-DGC<br><br><br>ORDER |

Plaintiff and Defendant have stipulated to the dismissal of this action with prejudice.  Doc. 32.

**IT IS ORDERED** that the stipulation of dismissal (Doc. 32) is **granted.**  This action is dismissed with prejudice, each party to bear its own attorney's fees and costs.

Dated this 6th day of April, 2018.

_____
David G. Campbell
United States District Judge